UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| GLADYS A. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 7:18-cv-28-D** |
| ) | |
| SOUTHEASTERN REGIONAL MEDICAL ) | |
| CENTER, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Southeastern's motion to dismiss [D.E. 19] and DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on January 3, 2019, and Copies To:**

| | |
|---|---|
| Anitra Kathleen Brown | (via CM/ECF electronic notification) |
| Benton Louis Toups | (via CM/ECF electronic notification) |
| Elizabeth C. King | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
January 3, 2019                 (By) /s/ Nicole Sellers
                                          Deputy Clerk